IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISON

UNITED STATES OF AMERICA

VS.                                                                       CRIMINAL NO. 2:16-cr-7-KS-MTP

CHARLES BOLTON

LINDA BOLTON

### **ORDER**

This cause is before the Court on the Government's motion to file pleadings under seal [132]. The Court has considered the same and finds as follows to wit:

That the defendants' objections to the presentence report are not filed of record at this time. Government's responses to the objections to defendants' objections to the presentence reports likewise have not been filed of record at this time. Therefore the Court finds there is no need to file the responses to the objections to the presentence reports under seal. Motions to seal objections to presentence reports may be urged at a later time if needed. The Government has been ordered to respond to motions [128], [129] and [130] filed by the defendant Linda Bolton. The attorneys for the Government have represented that the responses will include sensitive matter, and in an abundance of caution the Court will grant the motion to allow the Government to file under seal its responses to documents [128], [129] and [130].

SO ORDERED, this the   9th   day of December, 2016.

                                                                             s/Keith Starrett
                                                 UNITED STATES DISTRICT JUDGE