#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                              **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

### ORDER

This matter is before the Court *sua sponte*. The sentencing hearing in this case, currently set for January 18, 2017, at 10:00 A.M., is hereby **continued** until February 3, 2017, at 10:00 A.M.

SO ORDERED AND ADJUDGED this the   13th   day of January, 2017.

                                    s/Keith Starrett
                                    KEITH STARRETT
                                    UNITED STATES DISTRICT JUDGE