**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

## ORDER

On March 15, 2017, Joe Sam Owen and Ben F. Galloway, counsel for Defendant Charles Bolton, filed their Motion to Deem the Attorney-Client Privilege Waived [151]. The Court hereby orders Defendant Charles Bolton and his remaining counsel, Robert Udashen and Samuel S. McHard, to respond to this motion by **4:00 P.M.**, today, March 16, 2017. Counsel are to forthwith notify Charles Bolton of his obligation to response to this order.

SO ORDERED AND ADJUDGED this the ___16th___ day of March, 2017.

                                                          ___s/Keith Starrett_____
                                                          KEITH STARRETT
                                                          UNITED STATES DISTRICT JUDGE