CASE NO. 2:16-CC-7

U.S.

VS. Charles Bolton

DEFENDANT'S EXHIBIT D-(CB)-1

DATE _____ IDEN.

DATE 3-17-17 EVID.

BY _____
Deputy Clerk

AO 386-A

| Jail  Food Service | | | |
|---|---|---|---|
| Requested by | | | |
| | 694<br>Food Prisoners<br>Paid | o/s Po's | Totals |
| FY  2009 | $    670,914.98 | $   35,257.28 | $ 706,172.26 |
| FY  2010 | $    636,609.55 | $   68,656.61 | $ 705,266.16 |
| FY  2011 | $    686,310.91 | $ 111,728.66 | $ 798,039.57 |
| FY  2012 | $    904,550.45 | $   92,016.84 | $ 996,567.29 |
| FY 2013 | $    675,844.95 | $   48,194.49 | $ 724,039.44 |
| FY 2014 | $    541,457.92 | $   74,276.24 | $ 615,734.16 |

PENNY        GLMLED40 12/14/2016 14:06    Forrest County Yr 2008-2009
                                          General Ledger Budgeted Expenditures
                                          2008 - 2009 Fiscal Year through September                                          PAGE    1

| Obj. | Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|---|
| 001-223 GENERAL FUND | | | | | | | | |
| | JAIL FOOD SERVICES | | | | | | | |
| 603 | Office Supplies & Mater | 317.56 | | 317.56 | 300.00 | 300.00 | 105.8 * | -17.56 |
| 606 | Small Office Equip-Chai | 673.15 | | 156.01 | 14,000.00 | 14,000.00 | 22.5 | 10,843.99 |
| 610 | Professional Supplies | 278.94 | | 278.94 | 12,000.00 | 12,000.00 | 2.3 | 11,721.06 |
| 645 | CUSTODIAL SUPP & CLEANI | 209.78 | 1,482.86 | 209.78 | 800.00 | 800.00 | 26.2 | 590.22 |
| 681 | Repair & Replacement Pa | | | 3, 317.56 | | | 100.8 * | |
| 694 | Food for Prisoners | 670,914.98 | 35,257.28 | 706,172.26 | 700,000.00 | 700,000.00 | | -6,172.26 |
| | CONSUMABLE SUPPLIES | 673,394.41 | 36,740.14 | 710,134.55 | 727,100.00 | 727,100.00 | 97.6 | 16,965.45 |
| | DEPARTMENT TOTAL | 673,394.41 | 36,740.14 | 710,134.55 | 727,100.00 | 727,100.00 | 97.6 | 16,965.45 |
| | FUND TOTAL | 673,394.41 | 36,740.14 | 710,134.55 | 727,100.00 | 727,100.00 | 97.6 | 16,965.45 |
| | REPORT TOTAL | 673,394.41 | 36,740.14 | 710,134.55 | 727,100.00 | 727,100.00 | 97.6 | 16,965.45 |

PENNY    GLMLED40 12/14/2016 14:07  Forrest County Yr 2009-2010  Budgeted Expenditures
                                        General Ledger
                                 2009 - 2010 Fiscal Year through September

PAGE    1

| Obj. Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|
| 001-223 GENERAL FUND | | | | | | | |
| JAIL FOOD SERVICES | | | | | | | |
| 603 Office Supplies & Mater | 153.04 | | 153.04 | 10,000.00 | 10,000.00 | 1.5 | 9,846.96 |
| 606 Small Office Equip-Chai | | | | 800.00 | 800.00 | | 800.00 |
| 610 Professional Supplies | 1,449.91 | 2,319.23 | 3,769.14 | 20,000.00 | 20,000.00 | 18.8 | 16,230.86 |
| 645 CUSTODIAL SUPP & CLEANI | 105.75 | | 105.75 | 10,000.00 | 10,000.00 | 1.0 | 9,894.25 |
| 681 Repair & Replacement Pa | 375.12 | | 375.12 | 800.00 | 800.00 | 46.8 | 424.88 |
| 694 Food for Prisoners | 636,609.55 | 68,656.61 | 705,266.16 | 700,000.00 | 700,000.00 | 100.7 * | -5,266.16 |
| CONSUMABLE SUPPLIES | 638,693.37 | 70,975.84 | 709,669.21 | 741,600.00 | 741,600.00 | 95.6 | 31,930.79 |
| DEPARTMENT TOTAL | 638,693.37 | 70,975.84 | 709,669.21 | 741,600.00 | 741,600.00 | 95.6 | 31,930.79 |
| FUND TOTAL | 638,693.37 | 70,975.84 | 709,669.21 | 741,600.00 | 741,600.00 | 95.6 | 31,930.79 |
| REPORT TOTAL | 638,693.37 | 70,975.84 | 709,669.21 | 741,600.00 | 741,600.00 | 95.6 | 31,930.79 |

PENNY    GLMLED40 12/14/2016 14:08    Forrest County Yr 2010-2011
General Ledger Budgeted Expenditures
2010 - 2011 Fiscal Year through September

## 001-223 GENERAL FUND    JAIL FOOD SERVICES

| Obj. Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|
| 603 Office Supplies & Mater | | | | 400.00 | 400.00 | | 400.00 |
| 606 Small Office Equip-Chai | | | | 800.00 | 800.00 | | 800.00 |
| 610 Professional Supplies | 3,108.26 | 4,038.18 | 7,146.44 | 8,000.00 | 8,000.00 | 89.3 | 853.56 |
| 645 CUSTODIAL SUPP & CLEANI | | | | 1,000.00 | 1,000.00 | | 1,000.00 |
| 681 Repair & Replacement Pa | | | | 800.00 | 800.00 | | 800.00 |
| 694 Food for Prisoners | 686,310.91 | 111,728.66 | 798,039.57 | 900,000.00 | 900,000.00 | 88.6 | 101,960.43 |
| CONSUMABLE SUPPLIES | 689,419.17 | 115,766.84 | 805,186.01 | 911,000.00 | 911,000.00 | 88.3 | 105,813.99 |
| DEPARTMENT TOTAL | 689,419.17 | 115,766.84 | 805,186.01 | 911,000.00 | 911,000.00 | 88.3 | 105,813.99 |
| FUND TOTAL | 689,419.17 | 115,766.84 | 805,186.01 | 911,000.00 | 911,000.00 | 88.3 | 105,813.99 |
| REPORT TOTAL | 689,419.17 | 115,766.84 | 805,186.01 | 911,000.00 | 911,000.00 | 88.3 | 105,813.99 |

PENNY    GLMLED40 12/14/2016 14:08   Forrest County Yr 2011-2012    PAGE    1
General Ledger Budgeted Expenditures
2011 - 2012 Fiscal Year through September

| Obj. Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|
| 001-223 GENERAL FUND   JAIL FOOD SERVICES | | | | | | | |
| 603 Office Supplies & Mater | | | | 400.00 | 400.00 | | 400.00 |
| 606 Small Office Equip-Chai | | | | 800.00 | 800.00 | | 800.00 |
| 610 Professional Supplies | 5,499.67 | 666.42 | 6,166.09 | 8,000.00 | 8,000.00 | 77.0 | 1,833.91 |
| 645 CUSTODIAL SUPP & CLEANI | | | | 500.00 | 500.00 | | 149.52 |
| 681 Repair & Replacement Pa | 281.87 | 68.61 | 350.48 | 800.00 | 800.00 | 70.0 | 800.00 |
| 694 Food for Prisoners | 904,550.45 | 92,016.84 | 996,567.29 | 997,000.00 | 997,000.00 | 99.9 | 432.71 |
| CONSUMABLE SUPPLIES | 910,331.99 | 92,751.87 | 1,003,083.86 | 1,007,500.00 | 1,007,500.00 | 99.5 | 4,416.14 |
| DEPARTMENT TOTAL | 910,331.99 | 92,751.87 | 1,003,083.86 | 1,007,500.00 | 1,007,500.00 | 99.5 | 4,416.14 |
| FUND TOTAL | 910,331.99 | 92,751.87 | 1,003,083.86 | 1,007,500.00 | 1,007,500.00 | 99.5 | 4,416.14 |
| REPORT TOTAL | 910,331.99 | 92,751.87 | 1,003,083.86 | 1,007,500.00 | 1,007,500.00 | 99.5 | 4,416.14 |

PENNY     GLMLED40 12/14/2016 14:10  Forrest County Yr 2012-2013     PAGE    1
General Ledger Budgeted Expenditures
2012 - 2013 Fiscal Year through September

| Obj. Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|
| 001-223 GENERAL FUND | | | | | | | |
| JAIL FOOD SERVICES | | | | | | | |
| 603 Office Supplies & Mater | | | | | | | |
| 606 Small Equip-NON CAPITAL | | | | | | | |
| 610 Professional Supplies | | | | | | | |
| 645 CUSTODIAL SUPP & CLEANI | 5,939.39 | 3,187.79 | 5,939.39 | 6,000.00 | 6,000.00 | 98.9 | 60.61 |
| 681 Repair & Replacement Pa | 33,616.01 | | 36,803.80 | 36,000.00 | 36,000.00 | 102.2 * | -803.80 |
| 694 Food | 675,844.95 | 48,194.49 | 724,039.44 | 780,000.00 | 780,000.00 | 92.8 | 55,960.56 |
| CONSUMABLE SUPPLIES | 715,400.35 | 51,382.28 | 766,782.63 | 822,000.00 | 822,000.00 | 93.2 | 55,217.37 |
| DEPARTMENT TOTAL | 715,400.35 | 51,382.28 | 766,782.63 | 822,000.00 | 822,000.00 | 93.2 | 55,217.37 |
| FUND TOTAL | 715,400.35 | 51,382.28 | 766,782.63 | 822,000.00 | 822,000.00 | 93.2 | 55,217.37 |
| REPORT TOTAL | 715,400.35 | 51,382.28 | 766,782.63 | 822,000.00 | 822,000.00 | 93.2 | 55,217.37 |

PENNY    GLMLED40 12/14/2016 14:11   Forrest County Yr 2014
General Ledger Budgeted Expenditures
2013 - 2014 Fiscal Year through September

PAGE 1

| Obj. Description | Adjusted to Date | Encumbrance | Total | Budget | Prorated Budget | 100.00 Percent to Date | Unencumbered Balance |
|---|---|---|---|---|---|---|---|
| 001-223 GENERAL FUND | | | | | | | |
| JAIL FOOD SERVICES | | | | | | | |
| 603 Office Supplies & Mater | 567.90 | 327.63 | 895.53 | 3,000.00 | 3,000.00 | 29.8 | 2,104.47 |
| 606 Small Equip-NON CAPITAL | | | | | | | |
| 610 Professional Supplies | 47,463.58 | 5,136.16 | 52,599.74 | 60,000.00 | 60,000.00 | 87.6 | 7,400.26 |
| 645 CUSTODIAL SUPP & CLEANI | | | | | | | |
| 681 Repair & Replacement Pa | | | | | | | |
| 694 Food for Prisoners | 541,457.92 | 74,276.24 | 615,734.16 | 672,020.00 | 672,020.00 | 91.6 | 56,285.84 |
| CONSUMABLE SUPPLIES | 589,489.40 | 79,740.03 | 669,229.43 | 735,020.00 | 735,020.00 | 91.0 | 65,790.57 |
| DEPARTMENT TOTAL | 589,489.40 | 79,740.03 | 669,229.43 | 735,020.00 | 735,020.00 | 91.0 | 65,790.57 |
| FUND TOTAL | 589,489.40 | 79,740.03 | 669,229.43 | 735,020.00 | 735,020.00 | 91.0 | 65,790.57 |
| REPORT TOTAL | 589,489.40 | 79,740.03 | 669,229.43 | 735,020.00 | 735,020.00 | 91.0 | 65,790.57 |