# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                        **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

## ORDER

On March 20, 2017, Joe Sam Owen, Ben F. Galloway, and the firm of Owen, Galloway & Myers, PLLC, filed their Motion for Permission for Filing Under Seal [155]. Counsel requests that they be allowed to file certain documents under seal in relation to their pending Motion to Deem the Attorney-Client Privilege Waived [151]. In order to preserve the record on this issue, the Court will allow the specified documents to be filed under seal and will **grant** the Motion for Permission for Filing Under Seal [155].

SO ORDERED AND ADJUDGED this the   21st   day of March, 2017.

                                                                s/Keith Starrett
                                                                KEITH STARRETT
                                                                UNITED STATES DISTRICT JUDGE