IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISON

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:16-cr-7-KS-MTP

CHARLES BOLTON

### ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [151] to Deem the Attorney Client Privilege Waived filed by Joe Sam Owen and Ben F. Galloway, Attorneys for Defendant. The Motion involves a request to allow the attorneys to defend themselves against potential allegations brought by Defendant at a later time. The Court held an in camera hearing prior to the sentencing of defendant on the 17th of March, 2017. The basis for this motion was generally stated by Mr. Owen and Mr. Galloway but the Court did not see the need to waive the attorney client privilege any more than was necessitated by the presentencing hearing.  Documentation has been placed under seal and in the record for potential use. The Court finds the Motion to Deem the Attorney Client Privilege Waived should be **denied without prejudice** at this time. Should the need arise for disclosure of privileged information Movants should re-urge the Motion, and it will be considered by the Court.

Now, therefore, it is hereby Ordered that the Motion to Deem the Attorney Client Privilege Waived [151] is DENIED WITHOUT PREJUDICE.

SO ORDERED this the ___29th___ day of March, 2017.

       s/Keith Starrett
       UNITED STATES DISTRICT JUDGE