**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                       **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

## ORDER

On April 21, 2017, Defendants Charles and Linda Bolton filed their Motions to Seal [189][190].[1] Defendants wish to file motions to stay their report date, and the accompanying memoranda and exhibits, under seal because of certain confidential medical information they contain. Finding filing under seal to be appropriate in this case to protect the confidential medical information of Defendants, the Court will **grant** the Motions to Seal [189][190]. Defendants will be allowed to file their motions and the accompanying memoranda and exhibits under seal.[2]

SO ORDERED AND ADJUDGED this the   24th   day of April, 2017.

                                                                s/Keith Starrett
                                                                KEITH STARRETT
                                                                UNITED STATES DISTRICT JUDGE

---

[1] These motions were filed as Motions to Seal but incorrectly titled as Motions to Stay. Because the defendants are asking for leave to file under seal, the Court interprets them as motions for leave to file under seal.

[2] Parties are advised that separate service should be served on the government.