**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

## **ORDER**

On April 26, 2017, Defendants filed their Motions to Stay Reporting Date [198][199]. Due to the impending report dates of both Defendants, the Court finds that an expedited briefing schedule is needed for this motion. Therefore, the Government will have until **noon** on **Thursday, April 27, 2017**, to file its response. Defendants will then have until **noon** on **Friday, April 28, 2017**, to file their rebuttal.

SO ORDERED AND ADJUDGED this the    26th    day of April, 2017.

　　　　　　　　　　　　　　　　　　　　 s/Keith Starrett
　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE