IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

## ORDER

Pursuant to the Fifth Circuit opinion remanding this action back to this Court, (*see* Order of USCA [205]), the Court now has the jurisdiction to decide Defendants' Motions for New Trial [175][177][178][181]. As such, it finds that these motions should be revived. Briefing shall be required as described below.

Uniform Local Criminal Rule 47(C) provides respondents 11 days to file responses to motions, and Rule 47(D) provides movants with 5 days after responses are filed for rebuttal. As such, the Court finds that the Government has until 11 days after this order, or **May 8, 2017**, to file their responses. Because the motions address issues of ineffective assistance of counsel, Attorneys Joe Sam Owen and Robert McDuff are also ordered to file responses by that date concerning those issues only.

Defendants' rebuttals are due 5 days after the responses are due, or **May 15, 2017**.[1]

SO ORDERED AND ADJUDGED this the 27th of April, 2017.

                                                           s/Keith Starrett
                                                          KEITH STARRETT
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Due to the fact that the fifth day is a Saturday, rebuttals are due the following Monday.