**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

## ORDER

The Court **denies** Charles Bolton's Motion to Withdraw [213] a reply brief [209] **as moot**, insofar as the underlying motion has already been addressed.

The Court also **denies** Charles and Linda Bolton's Motions [215] [219] for expedited consideration of their motions [214, 218] for bail pending appeal. Linda Bolton represented that her self-report date is May 2, 2017, and Charles Bolton represented that his self-report date is May 3, 2017. Both Defendants were convicted on September 19, 2016, and sentenced on March 17, 2017. They have known for a substantial period of time that they would eventually be required to report for incarceration, but they waited until the eve of their self-report dates to file motions for bail pending appeal – another example of the pattern of delay noted in the Court's previous order [217]. The Court declines to expedite its consideration of the motions for bail pending appeal to accommodate an exigency created by Mr. and Mrs. Bolton's own delay.

Therefore, the Government shall respond to Charles and Linda Bolton's Motions [214] [218] for bail pending appeal within eleven days of their filing, or on or before **May 12, 2017**. L.U.Civ.R. 47(C). Charles and Linda Bolton may each reply within five days of the filing of the response, or on or before **May 17, 2017**. L.U.Civ.R. 47(D).

SO ORDERED AND ADJUDGED this the 1st day of May, 2017.

s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE