IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                          CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP

CHARLES BOLTON and
LINDA BOLTON

### ORDER

On May 3, 2017, Defendants Charles and Linda Bolton ("Defendants") filed their Motion to Certify Interlocutory Appeal [227]. In this motion, Defendants requested expedited consideration. Because the Court finds that the exigent circumstances relied on by Defendants was created by them and because an expedited briefing schedule would put an unfair burden on the Government, the Court will **deny** this request. Uniform Local Criminal Rule 47(C) provides the Government with 11 days to file its response to this motion, and Rule 47(D) provides Defendants with 5 days after responses are filed for rebuttal. As such, the Court finds that the Government has 11 days, or on or before **May 15, 2017**,[1] to file his response. Movant's rebuttal is due 5 days after the response is due, or **May 22, 2017**.[2]

Also, on May 1, 2017, and on May 3, 2017, Defendants filed additional Motions for New Trial [218][226]. The briefing deadlines for these motions are the same as those for the previous motions for new trial, with responses due on or before May 26, 2017, and rebuttals due on or before June 2, 2017. (*See* Order [225].)

SO ORDERED AND ADJUDGED this the 3rd of May, 2017.

                                                                              s/ Keith Starrett
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] Because the deadline falls on a Sunday, the response is due the following Monday.
[2] Because the deadline falls on a Saturday, the rebuttal is due the following Monday.