**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

## ORDER

On May 6, 2017, Defendant Linda Bolton filed yet another motion for new trial, this time styled as a Limited Supplemental Motion to Vacate and/or for New Trial [231]. The briefing deadlines for this motions are the same as those for the previous motions for new trial, with responses due on or before **May 26, 2017**, and rebuttals due on or before **June 2, 2017**. (*See* Order [225].) The Court realizes that there is are several motions for new trial currently pending and that some of these exceed the page-limit for motions under the local rules.[1] Therefore, should any party need additional time to respond, they should file a motion with the Court.

SO ORDERED AND ADJUDGED, on this, the ___11th___ day of May, 2017.

                                                    ___s/Keith Starrett_____
                                                    KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Local Uniform Criminal Rule 47(E) limits parties' memoranda of authorities to 35 pages, which for movants includes both the original memorandum and the rebuttal.