**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                              **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

**ORDER**

On May 16, 2017, Defendant Charles Bolton filed his Motion for Protective Order [239]. Uniform Local Criminal Rule 47(C) provides 11 days to file responses to this motion, and Rule 47(D) provides 5 days after responses are filed for rebuttal. As such, the Court finds that any party wishing to respond to this motion has until 11 days after this order, or **May 30, 2017**,[1] to file his response. Movant's rebuttal is due 5 days after the response is due, or **June 5, 2017**.

Because this motion implicates Attorneys Joe Sam Owen, Ben Galloway, and the firm of Owen, Galloway & Myers, PLLC's response to the Motions for New Trial [175][177][178][181][231] filed by Defendants, which is due on May 26, 2017, the Court finds that the briefing schedule on these motions should be expanded.[2] Therefore, all responses to the Motions for New Trial [175][177][178][181][231] will be due on or before **June 12, 2017**. Defendants' rebuttal will be due on or before **June 19, 2017**.

SO ORDERED AND ADJUDGED this the ___17th___ of May, 2017.

               __s/Keith Starrett_____
               KEITH STARRETT
               UNITED STATES DISTRICT JUDGE

---

[1] The eleventh day falls on the Saturday before the Memorial Day holiday, so the deadline will be moved to the following Tuesday.
[2] Because the Court cannot rule until all responses are submitted regardless, the deadlines will be extended for all parties.