**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                    **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

## ORDER

The Court hereby orders Defendant Linda Bolton to respond on the record and give the identities of the attorneys, past and present, who are or were authorized to make filings on her behalf and the dates during which they were so authorized. Attorney Ursula Mitchell is directed to advise the Defendant as to this order and ensure that her response is timely filed. Defendant's response to this order is due **ten days** from the date of this order, or by **July 6, 2017**.

SO ORDERED AND ADJUDGED, on this, the __26th___ day of June, 2017.

                                                   _s/Keith Starrett_____
                                                   KEITH STARRETT
                                                   UNITED STATES DISTRICT JUDGE