**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                             **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

## ORDER

This matter is before the Court on the Motion for Extension of Time [296] filed by Attorney Ursula Mitchell on behalf of Defendant Linda Bolton.[1] Ms. Mitchell has represented to the Court that Mrs. Bolton has not given her the authority to relay her response to the Court's previous Order [289] to the Court. Ms. Mitchell requests the Court allow Mrs. Bolton to e-mail her response directly to the Court and that she be given seven (7) additional days to do so. The Court will **grant** these requests.

Mrs. Bolton is given **seven (7) days** from her initial deadline, or until **July 13, 2017**, to fully comply with the Court's Order [289]. Any e-mail Mrs. Bolton sends to the Court will be made part of the record in this case. If Mrs. Bolton fails to fully and completely respond to the Court's Order [289] within these seven days, she will be sanctioned $500 per day until she is in full and complete compliance. Any response Mrs. Bolton files will be under penalty of perjury.

SO ORDERED AND ADJUDGED on this the __7th__ day of July, 2017.

                                                                           __s/Keith Starrett__
                                                                           KEITH STARRETT
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] This motion was not properly filed as a motion, but as a response to the Court's Order [289].