**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                              **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and
LINDA BOLTON**

**ORDER**

This matter is before the Court on the Motion for Reconsideration [274] filed by the Government.  The Government urges the Court to reconsider its previous ruling on Charles Bolton's Motion for Protective Order [239], which required Attorney Joe Sam Owen's Response [276][277].  With the benefit of Owen's Response [276][277] now having been filed, and because Charles Bolton never responded to the Government's motion, the Court finds it necessary for Charles Bolton to respond to this order and specifically point to the portions of Owen's Response [276][277] that will prejudice him, either on appeal or in the event of a new trial if awarded on appeal, should it be unsealed and made available to the Government.  He should, however, keep in mind that none of the information in the Response [276][277] is privileged, as he has long since waived the attorney-client privilege.  (*See* Order [273] at p. 6.)  Charles Bolton is directed to file this response by **August 5, 2017**.

SO ORDERED AND ADJUDGED on this the __24th____ day of July, 2017.

___s/Keith Starrett _____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE