

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 15, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-60502   USA v. Charles Bolton, et al
                 USDC No. 2:16-CR-7-1
                 USDC No. 2:16-CR-7-1

The court has considered the unopposed motion of Charles Bolton to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, the court orders that the counsel for Charles Bolton may obtain from the District Court all ex parte documents *that were filed on behalf of* Charles Bolton and USA that are contained in the record on appeal and all other sealed documents *that were not filed ex parte* that are contained in the record on appeal. The non-public and/or sealed materials from the record on appeal are for your review ONLY. This material should be maintained in your office under seal, and if provided to you in original paper, return to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: Mary Stewart
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Ivan J. Bates
Mr. Kevin G. Boitmann
Mr. Jeffrey Michael Brandt
Ms. Diane Hollenshead Copes
Mr. Fred Patrick Harper Jr.
Mr. Willie J. Huntley Jr.
Mr. Arthur S. Johnston III
Ms. Dianne Kathryn Jones McVay
Ms. Sharan E. Lieberman
Ms. U. Katrina Mitchell