# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Jun 08, 2021**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-60425

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Jun 08 2021

**ARTHUR JOHNSTON, CLERK**
United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CHARLES BOLTON; LINDA BOLTON,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:16-CR-7-1
USDC No. 2:16-CR-7-2

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 8, 2021, for want of prosecution. The appellants failed to timely order transcript and make financial arrangements with court reporter.

No. 21-60425

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Mary Stewart*

By: _____

Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT