TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: _Southern Dist. of MS, Eastern Div._ District Court Docket No. _2:16-CR-7_

Short Case Title: _U.S. vs. Bolton_

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: _____

Date Notice of Appeal Filed by Clerk of District Court: _5/14/21_  Court of Appeals No.: _21-60425_

**FILED**
Jun 15 2021
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
ARTHUR JOHNSTON, CLERK

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No Hearings ☐ Transcript is unnecessary for appeal purposes ☑ Transcript is already on file in the Clerk's Office
**OR**
Check All of the Following that Apply, Include date of the proceeding.
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____ ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____ ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____ ☐ Jury Instructions: _____ ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature _[signature]_  Date Transcript Ordered _N/A_
Print Name _MaryLee Holmes_  Phone: _601-909-9256_
Counsel for _Charles and Linda Bolton_
Address _601 E Central Ave. Petal, MS 39465_

-----

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were made | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

Payment Arrangements have NOT been made or are incomplete.
Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: _____ Signature of Reporter: _____ Tel. _____
Email of Reporter: _____ Address of Reporter: _____

-----

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____ Actual Number of Volumes: _____

Date: _____ Signature of Reporter: _____