# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 15, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60425   USA v. Bolton
                     USDC No. 2:16-CR-7-1
                     USDC No. 2:16-CR-7-2

The court has granted appellant's motion to reopen the case.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jun 15 2021

**ARTHUR JOHNSTON, CLERK**

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Fred Patrick Harper Jr.
Ms. Mary Lee Holmes
Mr. Arthur S. Johnston III